In his sole point on appeal, the appellant claims that the trial court plainly erred in failing to *sua sponte* declare a mistrial or admonish the jury for the State's arguing punishment in the rebuttal portion of its closing argument because, contrary to the law, the "state did not 'fairly state' its position on the issue of punishment in the first part of its closing argument."

Affirmed. Rule 30.25(b).

## ORDER

PER CURIAM.

Timothy W. Williams was convicted of first-degree assault, section 565.050 RSMo (1998), and armed criminal action, section 571.015, RSMo (1998), and was sentenced to fifteen years and ten years in custody respectively. The judgment is affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Timothy Wayne WILLIAMS, Appellant.**

**No. WD 60431.**

Missouri Court of Appeals,
Western District.

May 27, 2003.

*Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.*

■

**Doyal LEMAY, Respondent,**

v.

**Esther HARDIN, Appellant.**

**No. WD 60957.**

Missouri Court of Appeals,
Western District.

May 27, 2003.

*Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.*

Amy M. Bartholow, Columbia, MO, for Appellant.

John M. Morris, III, Jeremiah W. (Jay) Nixon, Atty. Gen., and Karen L. Kramer, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

